**United States District Court**
**Southern District of New York**
────────────────────────────────────────

**BROOKHOLLOW V, LTD,**

                    **Plaintiff,**      **12 Civ. 5819 (JGK)**

      - against -             **MEMORANDUM OPINION AND**
                                                               **ORDER**
**JURY DUTY LLC, ET AL.,**

                    **Defendants.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes the plaintiff as a Cayman Islands exempt company. The complaint describes two of the defendants as limited liability companies. A limited liability corporation has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000).

    The plaintiff should explain to the Court its corporate structures and should inform the Court as soon as possible whether it should be considered a limited liability corporation or partnership, and, if so, the citizenship status of its shareholders.

    The LLC defendants should inform the Court as soon as possible whether they should be considered limited liability

corporations, and, if so, the citizenship status of their shareholders.

The parties should also inform the Court as to whether and how the parties' responses to this Order may affect the existence of complete diversity in this case.

**SO ORDERED.**

Dated:   New York, New York
         August 8, 2012

　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge