**United States District Court**
**Southern District of New York**
_____

**BROOKHOLLOW V, LTD,**

                       **Plaintiff,**       **12 Civ. 5819 (JGK)**

    **- against -**                  **MEMORANDUM OPINION AND**
                                                                **ORDER**
**JURY DUTY LLC, ET AL.,**

                       **Defendants.**
_____

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of plaintiff's letter explaining its corporate structure. However, the Court requires additional information to determine whether federal subject matter jurisdiction exists under 28 U.S.C. § 1332. The citizenship of a corporation is determined with reference to its state of incorporation and the corporation's principal place of business, whereas the citizenship of each member of a limited liability company determines its citizenship. See Bayerische Landesbank, N.Y. Branch v. Aladdin Capital Mgmt. LLC, No. 11-4306-cv, 2012 WL 3156441, at *4-5 (2d Cir. Aug. 6, 2012).

Accordingly, the plaintiff should clarify whether it is an exempted company or an exempted limited duration company under the Companies Law of the Cayman Islands.

SO ORDERED.

Dated:  New York, New York
        August 28, 2012

_____
John G. Koeltl
United States District Judge